UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA LASSITER-PHILLIPS ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| ANDREW SAUL, ) | 5:19-CV-80-BO | |
| Commissioner of Social Security, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that this is a conspicuous error on the part of the Administrative Law Judge. All of the credible evidence and the weight of the evidence is supported by a finding that the claimant meets the listing for lupus. The Court incorporates the oral argument and discussion between the Court and plaintiff's counsel and her multiple surgeries. Plaintiff is a person of medium height and medium weight. She is 5'8" and 142 pounds. She has the body system impairment that satisfies the listing. She has most of the classic limitations and afflictions that are characterized by a lupus diagnosis. The Court reverses the finding of the Administrative Law Judge and orders benefits to be paid.

**This judgment filed and entered on February 7, 2020, and served on:**
Michael Bertics (via CM/ECF NEF)
Mark Goldenberg (via CM/ECF NEF)
David Mervis (via CM/ECF NEF)

February 7, 2020

PETER A, MOORE, JR., CLERK

 /s/Lindsay Stouch
By: Deputy Clerk