<pre>
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NORTH CAROLINA
                           WESTERN DIVISION
</pre>

CYNTHIA LASSITER-PHILLIPS )
)
                Plaintiff, )
)
  v. ) **JUDGMENT**
)
ANDREW SAUL, ) 5:19-CV-80-BO
Commissioner of Social Security, )
)
                Defendant. )
)

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. §406(b) in the amount of $15,000.00.

**This judgment filed and entered on May 20, 2020, and served on:**
Michael Bertics (via CM/ECF NEF)
Mark Goldenberg (via CM/ECF NEF)
David Mervis (via CM/ECF NEF)
Cassia Parson (via CM/ECF NEF)

                                        PETER A, MOORE, JR., CLERK

May 20, 2020
                                        /s/Lindsay Stouch
                                        By: Deputy Clerk